| | |
|---|---|
| 1 | Stephen J. Kottmeier, Esq. (State Bar No. 077060) |
| | John W. Easterbrook, Esq. (State Bar No. 173890) |
| 2 | Selena P. Ontiveros (State Bar No. 211790) |
| | HOPKINS & CARLEY |
| 3 | A Law Corporation |
| | The Letitia Building |
| 4 | 70 South First Street |
| | San Jose, California 95113-2406 |
| 5 | *mailing address:* |
| 6 | P.O. Box 1469 |
| | San Jose, CA 95109-1469 |
| 7 | Telephone: (408) 286-9800 |
| | Facsimile: (408) 998-4790 |
| 8 | |
| 9 | Attorneys for Secured Creditor<br>SILICON VALLEY BANK |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | CASE NO. 05-30146-TEC |
| CUseeMe Networks, Inc. | Chapter 11 |
| Fed. Tax I.D. 04-3151604 | **REQUEST FOR SPECIAL NOTICE** |
| Debtor. | |

Pursuant to Bankruptcy Rule 2002(g) and all orders limiting the scope of notice (hereinafter, "Notice Limitation Orders") issued by the Court in the above-referenced case and any jointly-administered cases, secured creditor Silicon Valley Bank, hereby request that all matters which must be noticed to creditors, any creditors' committees, any equity security holders' committees, and/or any other parties-in-interest, whether sent by the Court, the debtor, any trustee or any other party in the case, including, but not limited to, the debtors' schedules, operating reports, motions for relief from stay and/or matters that are covered by any Notice Limitation Orders, be sent as follows, and that the following address be added to the Court's Master Mailing List:

/ / /

/ / /
HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

381\417120.1

REQUEST FOR SPECIAL NOTICE

Case: 05-30146  Doc# 5  Filed: 01/20/05  Entered: 01/20/05 15:18:12  Page 1 of 3

| | |
|---|---|
| 1 | Stephen J. Kottmeier, Esq. |
| 2 | HOPKINS & CARLEY |
|   | 70 South First Street |
| 3 | San Jose, California 95113-2406 |
|   | Telephone: (408) 286-9800 |
| 4 | Facsimile: (408) 998-4790 |
|   | sjk@hopkinscarley.com |

Dated: January 20, 2005

HOPKINS & CARLEY
A Law Corporation

By: /s/ Stephen J. Kottmeier
Stephen J. Kottmeier
Attorneys for Secured Creditor
SILICON VALLEY BANK

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

381\417120.1

- 2 -

REQUEST FOR SPECIAL NOTICE

Case: 05-30146   Doc# 5   Filed: 01/20/05   Entered: 01/20/05 15:18:12   Page 2 of 3

## CERTIFICATE OF SERVICE BY MAIL

I am a citizen of the United States and employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is The Letitia Building, 70 South First Street, San Jose, California 95113-2406. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On January 20, 2005, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**REQUEST FOR SPECIAL NOTICE**

in a sealed envelope, postage fully paid, addressed as follows:

| | |
|---|---|
| Van C. Durrer, II, Esq.<br>Kurt E. Ramlo, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071 | Office of the U.S. Trustee<br>235 Pine Street, Suite 700<br>San Francisco, CA 94104-3401 |

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 20, 2005, at San Jose, California.

*Diana Graff*
Diana Graff

Hopkins & Carley
Attorneys At Law
San Jose

381\417120.1

REQUEST FOR SPECIAL NOTICE

Case: 05-30146   Doc# 5   Filed: 01/20/05   Entered: 01/20/05 15:18:12   Page 3 of 3